IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT WALLACE and KIPP CLAYTON, On Behalf of the Themselves and All Others Similarly Situated, | § § § § § | No. 5:22-CV-187-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| CANTEX CONTINUING CARE NETWORK LLC, | § § § | |
| Defendants. | § | |

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. # 51.) The Stipulation informs the Court that the parties stipulate to dismissal with prejudice of all claims in the case. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, March 6, 2024.

_____
David Alan Ezra
Senior United States District Judge